IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**IN ADMIRALTY**

| | |
|---|---|
| The United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 05-cv- |
| ERIK J. TAKAKJIAN, STEVE GATTO, TOM PACKER, ) | |
| TOM MURRAY, DAVE MORTON, STEVE SCHEUER, ) | |
| and the BOSTON SEA ROVERS, *in personam*, and the ) | |
| RESEARCH VESSEL (R/V) QUEST, her engines, ) | |
| anchors, tackle, and appurtenances, etc., *in rem*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### UNITED STATES' MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

Plaintiff United States files this Motion seeking a Preliminary Injunction and Temporary Restraining Order compelling defendants: (1) to deposit certain artifacts taken from the Lightship NANTUCKET (LV-117) with the Registry of this Court[1] pending the outcome of the instant litigation, and (2) to refrain from further dives on the NANTUCKET (LV-117). The bases for this motion are set out below and more fully described in the accompanying Memorandum in Support, Verified Complaint, Declaration and Exhibits. A proposed Show Cause and Temporary Restraining Order is also provided.

---

[1] As an alternative, the United States would accept Defendants' return of those artifacts from the wreck of the light vessel ("LV") or Lightship NANTUCKET (LV-117) to the United States Coast Guard.

February 28, 2005

                        Respectfully submitted,

                        PETER D. KEISLER
                        Assistant Attorney General

                        MICHAEL J. SULLIVAN
                        United States Attorney

                        BARBARA HEALY SMITH
                        Assistant United States Attorney
                        District of Massachusetts
                        United States Courthouse, Suite 9200
                        1 Courthouse Way
                        Boston, MA  02210

                        */s/ Matthew J. Glomb*
                        MATTHEW J. GLOMB
                        Admiralty Trial Attorney, Civil Division
                        U.S. Department of Justice
                        P.O. Box 14271
                        Washington, D.C. 20044-4271
                        Telephone:  (202) 616-4035 (Glomb)
                        Facsimile:  (202) 616-4159

                        Attorneys for the Plaintiff United States