IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

## IN ADMIRALTY

| | |
|---|---|
| The United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 05-cv- |
| ERIK J. TAKAKJIAN, STEVE GATTO, TOM PACKER, ) | |
| TOM MURRAY, DAVE MORTON, STEVE SCHEUER, ) | 05 10397 RWZ |
| and the BOSTON SEA ROVERS, *in personam*, and the ) | |
| RESEARCH VESSEL (R/V) QUEST, her engines, ) | |
| anchors, tackle, and appurtenances, etc., *in rem*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER FOR SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

Upon the Motion and Memorandum of law, Summons and Verified Complaint, and the Declaration of Commander Steven M. Stancliff, USCG, in support thereof, on this 4th day of March, 2005, it is hereby

**ORDERED** that Defendants Takakjian, Gatto, Packer, Murray, Morton, Scheuer, and the Boston Sea Rovers be, shall appear before this Court on the 11th day of March 2005, at 9:30 am/pm or as soon thereafter as counsel can be heard, in Courtroom 12 of the United States Courthouse, Boston, Massachusetts, and shall show cause why this Court should not issue an Order directing Defendants to deliver the bell, helm, engine order telegraph, compass binnacle, signal light, portholes, main light assembly and clock cover

removed from the Lightship NANTUCKET (LV-117) to the United States and granting such other and further relief to which the United States may be entitled;

**IT IS FURTHER ORDERED** that a Temporary Restraining Order is hereby issued directing Defendants Takakjian, Gatto, Packer, Murray, Morton, Scheuer, and the Boston Sea Rovers, to refrain from removing the items taken from the Lightship NANTUCKET (LV-117) from where presently located or causing them to be removed from their present locations, with the exception that

**IT IS FURTHER ORDERED** that Defendants Takakjian, Gatto, Packer, Murray, Morton, Scheuer, and the Boston Sea Rovers, shall bring the items taken from the Lightship NANTUCKET (LV-117) with them to court on the return date of this Order to Show Cause, the 11th day of March, 2005, or in the alternative may provide evidence that those items have already been returned to the possession and control of the U.S. Coast Guard.

**IT IS FURTHER ORDERED** that Defendants Takakjian, Gatto, Packer, Murray, Morton, Scheuer, and the Boston Sea Rovers shall not dive on or within 500 yards of the wreck of the Lightship NANTUCKET (LV-117), that those Defendants shall not sponsor any endeavors that will or may disturb that wreck, and that the R/V QUEST shall not participate in any surveying or recovery efforts that will or may disturb that wreck.

**IT IS FURTHER ORDERED** that this Order to Show Cause, the Summons and Verified Complaint, Motion and Memorandum of law and Declaration of Commander Steven M. Stancliff, filed herein, shall be served not later than 5:00 am/pm on March 7, 2005 by hand delivery to Counsel for Defendants Takakjian, Gatto,

2

Packer, Murray, Morton, Scheuer, and the Boston Sea Rovers, as well as for R/V QUEST.

**IT IS FURTHER ORDERED** that Defendants' responding papers, if any, be filed with the Court and served by overnight mail or by hand on plaintiff at the Office of the United States Attorney for the District of Massachusetts, Suite 9200, 1 Courthouse Way, Boston, Massachusetts, 02210 **and** at the offices of the United States Department of Justice, Civil Division, Torts Branch, Suite 10100, 1425 N.Y. Ave., N.W., Washington, D.C. 20005, attention Matthew J. Glomb, by the 10th day of March 2005, and reply papers, if any, shall be filed and served by overnight mail five (5) days after receipt of any responding papers.

Done at 2:10 am/pm this: 4th day of March, 2005.

_____
United States District Judge

*SERVICE LIST:*

BARBARA HEALY SMITH
Assistant United States Attorney
District of Massachusetts
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

MATTHEW J. GLOMB
Admiralty Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
(Fax: 202.616.4159)