IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
In Admiralty

UNITED STATES OF AMERICA,

    Plaintiff,

-vs.-                                            No. 05-10397 RWZ

ERIC TAKAKJIAN, *et al.*

    Defendants.

### STIPULATION

The parties hereto, by undersigned Counsel, hereby Stipulate as follows:

1) The defendants shall pledge to not harm, damage, distribute or otherwise transfer the *LIGHTSHIP* artifacts but shall place the artifacts in the registry of the Court no later than March 25, 2005 pending the resolution of this litigation.

2) By executing this Stipulation, the defendants are waiving their right to contest the March 4, 2005 Order by the U.S. District Court.

IT IS SO STIPULATED.

_____
Peter E. Hess, Esq.
*pro hac vice*
3 Mill Road
Suite 303
Wilmington, Delaware 19806
ph: (302) 777-1715

Dated: March 10, 2005

ATTORNEY FOR DEFENDANTS

_____
Matthew J. Glomb, AUSA
Admiralty Attorney, US DOJ
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC 20044-4271
ph: (202) 616-4041

Dated: 10 MAR 05

ATTORNEY FOR
PLAINTIFF

SO ORDERED THIS 11th DAY OF MARCH, 2005

_____
United States District Judge