AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The United States of America<br>V.<br>Erik Takakjian, Steve Gatto, Tom Packer, Tom Murray, Dave Morton, Steve Scheuer, and the Boston Sea Rovers, in personam, and the Research Vessel Quest, in rem | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>05 10397 RWZ |

TO: (Name and address of defendant)

Erik Takakjian, Steve Gatto, Tom Packer, Tom Murray, (Dave Morton) Steve Scheuer,

the Boston Sea Rovers, and the Research Vessel Quest in care of ~~PETER E. HESS, atty.~~  ;MG

3 GRACE DRIVE           ~~3 Mill Road, Suite 303~~  ;MG
NASHUA, NH 03062       ~~Wilmington, DE 19806~~  MG

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Glomb, U.S. Department of Justice, Civil Division, Torts Branch, Admiralty Section
P.O. Box 14271                                1425 New York Ave., NW, Suite 10100
Washington, DC 20044-4271                     Washington, DC 20005  (for Courier/Overnight)

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK  TONY ANASTAS

(BY) DEPUTY CLERK

DATE  3-2-05

This form was electronically produced by Elite Federal Forms, Inc.

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]      DATE  3-9-05

NAME OF SERVER (PRINT)  Michael Burnett      TITLE  Special Agent

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 427 Commercial Street Boston, MA 02109

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-9-05
Date

Signature of Server

427 Commercial Street, Boston, MA 02109
Address of Server

(1) As to who may serve a summons see Rule 4 the Federal Rules of Civil Procedure.

(RETURN TO COURT)

RETURN OF SERVICE

I. I hereby acknowledge that service of process was executed by serving Defendant, Dave Morton, by giving (him)/her a true copy of the order directing service of process, the complaint, and the Special Appointment Order. The following documents were also served on the above-named defendant:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service is true and correct.

DATE SERVED: 3-9-05

BY: Michael Burnett S/A CGIS
(United States Marshal or Special Appointee)

As defendant in this action, I hereby acknowledge receipt of service of process on my own behalf.

_____          Dave Morton
Defendant's Signature                   Defendant's Printed Name

II. I hereby acknowledge that service of process cannot be executed upon the defendant for the following reason(s):

DATE OF ATTEMPTED SERVICE:

By:
(United States Marshal or Special Appointee)