IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN ADMIRALTY

The United States of America,   )
                                )
    Plaintiff,                  )
                                )
v.                              )   Civil Action No.
                                )   05-cv-10397 (RWZ)
ERIK J. TAKAKJIAN, STEVE GATTO, TOM PACKER, )
TOM MURRAY, DAVE MORTON, STEVE SCHEUER, )
and the BOSTON SEA ROVERS, *in personam*, and the )
RESEARCH VESSEL (R/V) QUEST, her engines, )
anchors, tackle, and appurtenances, etc., *in rem*, )
                                )
    Defendants.                 )
_____)

## CONSENT ORDER

It is hereby **ORDERED** that, for the duration of litigation, Defendants Takakjian, Gatto, Packer, Murray, Morton, Scheuer, and the Boston Sea Rovers shall <u>not</u> dive on or within 500 yards of the wreck of the Lightship NANTUCKET (LV-117), that those Defendants shall <u>not</u> sponsor any endeavors that will or may disturb that wreck, and that the R/V QUEST shall <u>not</u> participate in any surveying or recovery efforts that will or may disturb that wreck. **THE PARTIES HEREIN CONSENT:**

_____ 17MAR05                    _____ 17MAR05
Peter E. Hess, Esq.   (Date)                 Matthew J. Glomb   (Date)
*pro hac vice*                               Admiralty Attorney
3 Mill Road                                  U.S. Department of Justice
Suite 303                                    P.O. Box 14271
Wilmington, DE 19806                         Washington, DC 20044-4271
Tel: (302) 777-1715                          Tel: (202) 616-4041

\* AUTHORIZED TO SIGN FOR
MR. HESS BY MR HESS IN
TELEPHONE CALL 4:45 PM
17 MAR 05   MJG

MR TAKAKJIAN was agreeable to these terms when we spoke, 15MAR05 but has put to sea for 2 weeks.

_____  
Erik J. Takakjian.    (Date)  
Defendant *pro se*  
502 Sconticut Neck Road  
Fairhaven, MA 02719

_____ 17MAR05  
Matthew J. Glomb    (Date)

Done at 1:25 am/~~pm~~ this: 18th day of March, 2005.

_____  
United States District Judge

2

*SERVICE LIST:*

BARBARA HEALY SMITH
Assistant United States Attorney
District of Massachusetts
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210

PETER E. HESS, Esq.
3 Mill Road
Suite 303
Wilmington, DE 19806
(Fax: 302.472.1715)

ERIK J. TAKAKJIAN, Esq.
502 Sconticut Neck Road
Fairhaven, MA 02719

MATTHEW J. GLOMB
Admiralty Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
(Fax: 202.616.4159)