IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

## IN ADMIRALTY

| | |
|---|---|
| The United States of America, )<br><br>    Plaintiff, )<br><br>v. )<br>                       )<br>ERIK J. TAKAKJIAN, STEVE GATTO, TOM PACKER, )<br>TOM MURRAY, DAVE MORTON, STEVE SCHEUER, )<br>and the BOSTON SEA ROVERS, *in personam*, and the )<br>RESEARCH VESSEL (R/V) QUEST, her engines, )<br>anchors, tackle, and appurtenances, etc., *in rem*, )<br><br>    Defendants. )<br>                       )<br>_____) | Civil Action No.<br>05-cv-10397 (RWZ) |

## UNITED STATES' NOTICE OF DISMISSAL OF DEFENDANT MURRAY

Plaintiff United States files this Notice of Dismissal of Defendant Thomas E.

Murray  in light of Mr. Murray's Declaration of April 8, 2005, Attachment 1, and his

statement regarding documentation of the removal of items from the Lightship

NANTUCKET (LV-117).  Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the undersigned counsel

certifies that no party has answered the United States' Complaint (Doc. No. 1, filed March

1, 2005) and no party has moved for summary judgment. *See, generally*, Attachment 2.

June  15 , 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney
District of Massachusetts
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210


MATTHEW J. GLOMB
Admiralty Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
Telephone:  (202) 616-4041
Facsimile:  (202) 616-4159

Attorneys for the Plaintiff United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Dismissal of Defendant Murray by the United States was mailed, via First Class Mail, postage prepaid, this 15TH day of June, 2005 to the following:

THOMAS MURRAY
61 Ballahack Road #1
E. Haddam, CT 06423

PETER E. HESS, Esq. (Counsel for GATTO and PACKER)
3 Mill Road
Suite 303
Wilmington, DE 19806

STEPHEN C. SCHEUER
261 Charlotte White Road
Westport, MA 02790

DAVID MORTON (President, Boston Sea Rovers)
427 Commercial Street
Boston, MA 02109

_____
MATTHEW J. GLOMB

3

# ATTACHMENT   1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

## IN ADMIRALTY

| | |
|---|---|
| The United States of America, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. |
| | )   05-cv-10397 (RWZ) |
| ERIK J. TAKAKJIAN, STEVE GATTO, TOM PACKER, | ) |
| TOM MURRAY, DAVE MORTON, STEVE SCHEUER, | ) |
| and the BOSTON SEA ROVERS, *in personam*, and the | ) |
| RESEARCH VESSEL (R/V) QUEST, her engines, | ) |
| anchors, tackle, and appurtenances, etc., *in rem*, | ) |
| | ) |
|     Defendants. | ) |
| | ) |
| | ) |

## DECLARATION OF THOMAS MURRAY

I, Thomas Murray, hereby declare as follows:

1. I am a defendant in the above-captioned lawsuit. I am not represented by counsel. I represent myself.

2. I participated in dives on the wreck of the Lightship NANTUCKET (LV-117), a light vessel ("LV") of the United States that sank south of the Island of Nantucket.

3. I participated in efforts to recover artifacts from the Lightship NANTUCKET.

4. In the summer of 2004, I was aboard the Research Vessel ("R/V") QUEST and assisted in operations to recover the Lightship NANTUCKET's bell from the wreck.

5. It was my understanding that the bell, along with other items previously removed from the wreck of the Lightship NANTUCKET, would be unconditionally returned to the

U.S. Coast Guard.

6. In late 2004, I learned that the Coast Guard was investigating the removal of items from the Lightship NANTUCKET. It was my understanding that all the items that had been removed would be returned – without condition – to the Coast Guard.

7. On March 11, 2005, along with Erik Takakjian, I voluntarily and unconditionally surrendered the NANTUCKET (LV-117) artifacts that were within his possession to a CGIS Agent in Boston, Massachusetts: the ship's bell and compass binnacle, four port holes, and a clock case. I did not make and do not make any claim to ownership of these articles. I did not make and do not make any claim to a salvage award for returning them to the Coast Guard.

8. On April 1, 2005, I spoke with Matthew Glomb, attorney for the United States Department of Justice, the Government's trial lawyer assigned to the above-captioned case. I confirmed that the return of the items in paragraph 7, above, was in fact unconditional. I also told him that recent discussions with my Boston Sea Rover colleagues indicated that all the items that had been removed from the NANTUCKET (LV-117) had been similarly returned to the Coast Guard without any conditions attached.

9. To my knowledge, all the items that had been removed from the Lightship NANTUCKET were intended to be unconditionally turned in to the Coast Guard and have been unconditionally returned to the Coast Guard.

10. To my knowledge, nobody involved in the dive operations to recover NANTUCKET (LV-117) artifacts has ever claimed any ownership in those items or sought

2

any reward for salvage of those items.

    11.  Looking back, I regret having participated in the removal of the Lightship NANTUCKET artifacts that was done without having first obtained permission from the Coast Guard.   In the future, I will neither dive on or remove articles from the wreck of the NANTUCKET (LV-117), nor assist others in such ventures, unless first obtaining the express consent of the U.S. Coast Guard.  I do not know the location of the wreck and will not assist others in attempting to locate it without first obtaining permission from the Coast Guard.

    I verify under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.  Executed this 8 day of April , 2005 in East Haddam, Connecticut.

THOMAS MURRAY

3

# ATTACHMENT  2

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10397-RWZ

USA v. Takakjian et al
Assigned to: Judge Rya W. Zobel
Cause: 28:1345 USA Plaintiff

Date Filed: 03/01/2005
Jury Demand: None
Nature of Suit: 120 Contract: Marine
Jurisdiction: U.S. Government Plaintiff

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2005 | 1 | COMPLAINT against Tom Murray, Dave Morton, Steve Scheuer, Boston Sea Rovers, Research Vessel (RV) Quest, Eric J. Takakjian, Steve Gatto, Tom Packer Filing fee: $ 250, receipt number NA, filed by USA. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Civil Cover Sheet and Category Sheet) (Johnson, Jay) (Entered: 03/08/2005) |
| 03/01/2005 | | Summons Issued as to Tom Murray, Dave Morton, Steve Scheuer, Boston Sea Rovers, Eric J. Takakjian, Steve Gatto, Tom Packer. (Johnson, Jay) (Entered: 03/08/2005) |
| 03/01/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Johnson, Jay) (Entered: 03/08/2005) |
| 03/01/2005 | 2 | MOTION for Preliminary Injunction and MOTION for Temporary Restraining Order by USA.(Johnson, Jay) (Entered: 03/08/2005) |
| 03/01/2005 | 3 | MEMORANDUM in Support re 2 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order filed by USA. (Johnson, Jay) (Entered: 03/08/2005) |
| 03/01/2005 | 4 | DECLARATION of CDR Steven M. Stancliff, USCG by USA. (Johnson, Jay) (Entered: 03/08/2005) |
| 03/04/2005 | 5 | Judge Rya W. Zobel : ORDER entered. ORDER TO SHOW CAUSE Show Cause Hearing set for 3/11/2005 09:30 AM in Courtroom 12 before Judge Rya W. Zobel.(Johnson, Jay) (Entered: 03/08/2005) |
| 03/10/2005 | 8 | SUMMONS Returned Executed Steve Scheuer served on 3/10/2005, answer due 3/30/2005. (Johnson, Jay) (Entered: 03/15/2005) |
| 03/11/2005 | 6 | Judge Rya W. Zobel : Order Stipulation/ORDER entered. re 2 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order filed by USA.(Urso, Lisa) (Entered: 03/14/2005) |
| 03/11/2005 | 7 | SUMMONS Returned Executed Dave Morton served on 3/9/2005, answer due 3/29/2005. (Johnson, Jay) (Entered: 03/15/2005) |
| 03/11/2005 | 9 | SUMMONS Returned Executed Boston Sea Rovers served on 3/9/2005, answer due 3/29/2005. (Johnson, Jay) (Entered: 03/15/2005) |

| 03/18/2005 | 10 | Judge Rya W. Zobel : CONSENT ORDER entered. (Johnson, Jay) (Entered: 03/22/2005) |
| 06/03/2005 | 11 | NOTICE by USA *of Dismissal of Defendants Takakjian and the Research Vessel (R/V) Quest (with 2 attachments)* (Smith, Barbara) (Entered: 06/03/2005) |

<table>
<tr><td colspan="4" align="center"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="4" align="center"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="4" align="center">06/14/2005 13:51:31</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>dj0009</td><td><strong>Client Code:</strong></td><td>N</td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>1:05-cv-10397-RWZ</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>1</td><td><strong>Cost:</strong></td><td>0.08</td></tr>
</table>