IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

## IN ADMIRALTY

| | |
|---|---|
| The United States of America, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIK J. TAKAKJIAN, STEVE GATTO, TOM PACKER, ) <br> TOM MURRAY, DAVE MORTON, STEVE SCHEUER, ) <br> and the BOSTON SEA ROVERS, *in personam*, and the ) <br> RESEARCH VESSEL (R/V) QUEST, her engines, ) <br> anchors, tackle, and appurtenances, etc., *in rem*, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Civil Action No. <br> 05-cv-10397 (RWZ) |

**UNITED STATES' NOTICE OF DISMISSAL OF DEFENDANT SCHEUER**

Plaintiff United States files this Notice of Dismissal of Defendant Stephen C. Scheuer in light of Mr. Scheuer's Declaration of April 5, 2005, Attachment 1, and his submission of documentation regarding the removal of items from the Lightship NANTUCKET (LV-117). Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the undersigned counsel certifies that no party has answered the United States' Complaint (Doc. No. 1, filed March 1, 2005) and no party has moved for summary judgment. *See, generally*, Attachment 2.

July 8, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney
District of Massachusetts
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210


_/s/ Matthew J. Glomb_
MATTHEW J. GLOMB
Admiralty Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
Telephone:  (202) 616-4041
Facsimile:  (202) 616-4159

Attorneys for the Plaintiff United States

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of the foregoing Notice of Dismissal of Defendant Scheuer by the United States was mailed, via First Class Mail, postage prepaid, this 8TH day of July, 2005 to the following:

STEPHEN C. SCHEUER
261 Charlotte White Road
Westport, MA 02790

THOMAS MURRAY
61 Ballahack Road #1
E. Haddam, CT 06423

PETER E. HESS, Esq. (Counsel for GATTO and PACKER)
3 Mill Road
Suite 303
Wilmington, DE 19806

DAVID MORTON (President, Boston Sea Rovers)
3 Grace Drive
Nashua, NH 03062

                                              MATTHEW J. GLOMB

# ATTACHMENT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN ADMIRALTY

| | |
|---|---|
| The United States of America,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ERIK J. TAKAKJIAN, STEVE GATTO, TOM PACKER,  )<br>TOM MURRAY, DAVE MORTON, STEVE SCHEUER,  )<br>and the BOSTON SEA ROVERS, *in personam*, and the  )<br>RESEARCH VESSEL (R/V) QUEST, her engines,  )<br>anchors, tackle, and appurtenances, etc., *in rem*,  )<br>  )<br>    Defendants.  )<br>  )<br>_____ ) | Civil Action No.<br>05-cv-10397 (RWZ) |

## **DECLARATION OF STEPHEN C. SCHEUER**

I, Stephen C. Scheuer, hereby declare as follows:

1. I am a defendant in the above-captioned lawsuit. I am not represented by counsel. I represent myself.

2. I participated in dives on the wreck of the Lightship NANTUCKET (LV-117), a light vessel ("LV") of the United States that sank south of the Island of Nantucket.

3. I participated in efforts to recover artifacts from the Lightship NANTUCKET.

4. In the summer of 2004, I was aboard the Research Vessel ("R/V") QUEST and assisted in operations to recover the Lightship NANTUCKET's bell from the wreck.

5. It was my understanding that the bell, along with other items previously removed from the wreck of the Lightship NANTUCKET, would be unconditionally returned to the

U.S. Coast Guard.

6. In late 2004, I learned that the Coast Guard was investigating the removal of items from the Lightship NANTUCKET. It was my understanding that all the items that had been removed would be returned – without condition – to the Coast Guard.

7. I do not make and have never made any claim to ownership of these articles. I do not make and have never made any claim to a salvage award for returning them to the Coast Guard.

8. On April 1, 2005, I spoke with Matthew Glomb, attorney for the United States Department of Justice, the Government's trial lawyer assigned to the above-captioned case. I confirmed according to my recent discussions with my Boston Sea Rover colleagues, my understanding is that all the items that had been removed from the NANTUCKET (LV-117) had been returned to the Coast Guard without any conditions attached.

9. To my knowledge, all the items that had been removed from the Lightship NANTUCKET were intended to be unconditionally turned in to the Coast Guard and have been unconditionally returned to the Coast Guard.

10. To my knowledge, nobody involved in the dive operations to recover NANTUCKET (LV-117) artifacts has _ever_ claimed any ownership in those items or sought any reward for salvage of those items.

11. Looking back, I regret having participated in the removal of the Lightship NANTUCKET artifacts that was done without having first obtained permission from the Coast Guard. In the future, I will neither dive on or remove articles from the wreck of the

NANTUCKET (LV-117), nor assist others in such ventures, unless first obtaining the express consent of the U.S. Coast Guard. I know the location of the wreck but will not assist others in attempting to locate it without first obtaining permission from the Coast Guard.

I verify under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 5TH day of APRIL, 2005 in Westport, Massachusetts.

*[signature]*
STEPHEN C. SCHEUER

# ATTACHMENT 2

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10397-RWZ

USA v. Takakjian et al
Assigned to: Judge Rya W. Zobel
Cause: 28:1345 USA Plaintiff

Date Filed: 03/01/2005
Jury Demand: None
Nature of Suit: 120 Contract: Marine
Jurisdiction: U.S. Government Plaintiff

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2005 | 1 | COMPLAINT against Tom Murray, Dave Morton, Steve Scheuer, Boston Sea Rovers, Research Vessel (RV) Quest, Eric J. Takakjian, Steve Gatto, Tom Packer Filing fee: $ 250, receipt number NA, filed by USA. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Civil Cover Sheet and Category Sheet) (Johnson, Jay) (Entered: 03/08/2005) |
| 03/01/2005 |  | Summons Issued as to Tom Murray, Dave Morton, Steve Scheuer, Boston Sea Rovers, Eric J. Takakjian, Steve Gatto, Tom Packer. (Johnson, Jay) (Entered: 03/08/2005) |
| 03/01/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Johnson, Jay) (Entered: 03/08/2005) |
| 03/01/2005 | 2 | MOTION for Preliminary Injunction and MOTION for Temporary Restraining Order by USA.(Johnson, Jay) (Entered: 03/08/2005) |
| 03/01/2005 | 3 | MEMORANDUM in Support re 2 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order filed by USA. (Johnson, Jay) (Entered: 03/08/2005) |
| 03/01/2005 | 4 | DECLARATION of CDR Steven M. Stancliff, USCG by USA. (Johnson, Jay) (Entered: 03/08/2005) |
| 03/04/2005 | 5 | Judge Rya W. Zobel : ORDER entered. ORDER TO SHOW CAUSE Show Cause Hearing set for 3/11/2005 09:30 AM in Courtroom 12 before Judge Rya W. Zobel.(Johnson, Jay) (Entered: 03/08/2005) |
| 03/10/2005 | 8 | SUMMONS Returned Executed Steve Scheuer served on 3/10/2005, answer due 3/30/2005. (Johnson, Jay) (Entered: 03/15/2005) |
| 03/11/2005 | 6 | Judge Rya W. Zobel : Order Stipulation/ORDER entered. re 2 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order filed by USA.(Urso, Lisa) (Entered: 03/14/2005) |
| 03/11/2005 | 7 | SUMMONS Returned Executed Dave Morton served on 3/9/2005, answer due 3/29/2005. (Johnson, Jay) (Entered: 03/15/2005) |
| 03/11/2005 | 9 | SUMMONS Returned Executed Boston Sea Rovers served on 3/9/2005, answer due 3/29/2005. (Johnson, Jay) (Entered: 03/15/2005) |

| | | |
|---|---|---|
| 03/18/2005 | 10 | Judge Rya W. Zobel : CONSENT ORDER entered. (Johnson, Jay) (Entered: 03/22/2005) |
| 06/03/2005 | 11 | NOTICE by USA *of Dismissal of Defendants Takakjian and the Research Vessel (R/V) Quest (with 2 attachments)* (Smith, Barbara) (Entered: 06/03/2005) |
| 06/15/2005 | 12 | NOTICE by USA *of Dismissal of Defendant Murray* (Smith, Barbara) (Entered: 06/15/2005) |
| 07/05/2005 | 13 | NOTICE by USA *of Dismissal of Morton and Boston Sea Rovers* (Smith, Barbara) (Entered: 07/05/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/08/2005 14:05:11 | | | |
| PACER Login: | dj0009 | Client Code: | N |
| Description: | Docket Report | Search Criteria: | 1:05-cv-10397-RWZ |
| Billable Pages: | 1 | Cost: | 0.08 |