IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**IN ADMIRALTY**

| | |
|---|---|
| The United States of America,   )<br>)<br>    Plaintiff,   )<br>)<br>v.   )<br>)<br>ERIK J. TAKAKJIAN, STEVE GATTO, TOM PACKER,   )<br>TOM MURRAY, DAVE MORTON, STEVE SCHEUER,   )<br>and the BOSTON SEA ROVERS, *in personam*, and the   )<br>RESEARCH VESSEL (R/V) QUEST, her engines,   )<br>anchors, tackle, and appurtenances, etc., *in rem*,   )<br>)<br>    Defendants.   )<br>)<br>_____)  | Civil Action No.<br>05-cv-10397 (RWZ) |

**UNITED STATES' NOTICE OF DISMISSAL OF DEFENDANTS
<u>STEVE GATTO AND TOM PACKER</u>**

Plaintiff United States files this Notice of Dismissal of Defendants Steve Gatto and Tom Packer, pursuant to the Stipulation of Compromise Settlement concerning removal of items from the Lightship NANTUCKET (LV-117), which was executed by those Defendants on September 17, 2005.  *See*, Attachment 1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the undersigned counsel certifies that no party has answered the United States' Complaint (Doc. No. 1, filed March 1, 2005) and no party has moved for summary judgment.  *See, generally*, Attachment 2.

October 7, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney

  /s/ Barbara Healy Smith
BARBARA HEALY SMITH
Assistant United States Attorney
District of Massachusetts
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210


  /s/ Matthew J. Glomb
MATTHEW J. GLOMB
Admiralty Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
Telephone:  (202) 616-4041
Facsimile:  (202) 616-4159

Attorneys for the Plaintiff United States

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of the foregoing Notice of Dismissal of Defendants Gatto and Packer by the United States was mailed, via First Class Mail, postage prepaid, this 7th day of October, 2005 to the following:

PETER E. HESS, Esq. (Counsel for GATTO and PACKER)
3 Mill Road
Suite 303
Wilmington, DE 19806


                                                      /s/ Matthew J. Glomb
                                                  MATTHEW J. GLOMB

# ATTACHMENT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
**IN ADMIRALTY**

| | |
|---|---|
| The United States of America, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIK J. TAKAKJIAN, STEVE GATTO, TOM PACKER, )<br>TOM MURRAY, DAVE MORTON, STEVE SCHEUER, )<br>and the BOSTON SEA ROVERS, *in personam*, and the )<br>RESEARCH VESSEL (R/V) QUEST, her engines, )<br>anchors, tackle, and appurtenances, etc., *in rem*, )<br>)<br>Defendants. )<br>)<br>_____ ) | Civil Action No.<br>05-cv-10397 (RWZ) |

**STIPULATION OF COMPROMISE SETTLEMENT**

It is hereby stipulated by and between Plaintiff, United States of America, and Defendants Steve Gatto and Tom Packer, by and through their respective attorney, as follows:

1. The Plaintiff and Defendants (the Parties) do hereby agree to settle and compromise the above-captioned action under the terms and conditions set forth herein.

2. The Defendants certify under penalty of perjury that all of the items removed from the wreck of the Lightship NANTUCKET (LV-117) were unconditionally returned to the United States Coast Guard, affirmatively deny any claim to ownership interest in those items, affirmatively deny any claim to salvage award for those items, certify that they have provided the United States Coast Guard with same-quality copies of

documentation and best images (including photographs and videotape) relating to the removal of those items, and affirm that they shall:

    a.    Refrain from diving on or within 500 yards of the wreck of the Lightship NANTUCKET (LV-117),

    b.    Refrain from assisting others in diving on or surveying at or within 500 yards of the wreck of the Lightship NANTUCKET (LV-117), and

    c.    Refrain from publishing or otherwise sharing the coordinates of the wreck of the Lightship NANTUCKET (LV-117),

*unless* having first obtained the written consent of the U.S. Coast Guard.

    3.    This Stipulation for Compromise Settlement shall not constitute an admission of liability or fault on the part of the Defendants, their agents, servants, or employees, and is entered into by the Parties for the purpose of efficiently and amicably resolving the above-captioned lawsuit. This settlement is a full compromise, release and conclusion to any administrative or other claims of any type that the Plaintiff United States or its agents, creditors or assigns may have against the Defendants, their agents, servants, or employees, arising from the removal of artifacts from the wreck of the Lightship NANTUCKET (LV-117).

    4. It is also agreed, by and between the Parties, that the settlement set forth herein represents the entire compromise settlement for all claims arising from the subject matter

of this lawsuit, and that the Parties will each bear their own costs and expenses, including attorney's fees.

5. It is further agreed that upon execution of this Stipulation of Compromise Settlement by the Parties, the Plaintiff United States shall File a Notice of Dismissal (with Prejudice) with the Court, dismissing its claims against Defendants Gatto and Packer.

6. The signatories further agree that this settlement agreement may be made public in its entirety and that, within the meaning of the Privacy Act, 5 U.S.C. § 552a(b), the signatories expressly consent to its release.

_____ /15 Sep 05  
MATTHEW J. GLOMB / date  
Torts Branch, Civil Division  
U.S. Department of Justice  
Post Office Box 14271  
for the United States of America

_____ Sept. 23, 2005  
PETER E. HESS, Esq./ date  
3 Mill Road  
Suite 303  
Wilmington, DE 19806  
For Defendants Gatto and Packer

_____ 9/17/05  
STEVE GATTO / date  
Defendant

_____ 9/17/05  
TOM PACKER / date  
Defendant

NOTE:  
Defendants Takakjian and the R/V QUEST, Defendants Murray, Scheuer, Morton, and the Boston Sea Rovers were dismissed via Notices of Dismissals filed in June and July 2005, under Fed. R. Civ. P. 41(a)(1)(i) (See, Documents Nos. 11, 12, 13 and 14).

3

# ATTACHMENT 2

United States District Court
District of Massachusetts (Boston)
CIVIL DOCKET FOR CASE #: 1:05-cv-10397-RWZ

USA v. Takakjian et al
Assigned to: Judge Rya W. Zobel
Cause: 28:1345 USA Plaintiff

Date Filed: 03/01/2005
Jury Demand: None
Nature of Suit: 120 Contract: Marine
Jurisdiction: U.S. Government Plaintiff

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2005 | 14 | NOTICE by USA *Dismissal of Defendant Scheuer* (Smith, Barbara) (Entered: 07/08/2005) |
| 07/05/2005 | 13 | NOTICE by USA *of Dismissal of Morton and Boston Sea Rovers* (Smith, Barbara) (Entered: 07/05/2005) |
| 06/15/2005 | 12 | NOTICE by USA *of Dismissal of Defendant Murray* (Smith, Barbara) (Entered: 06/15/2005) |
| 06/03/2005 | 11 | NOTICE by USA *of Dismissal of Defendants Takakjian and the Research Vessel (R/V) Quest (with 2 attachments)* (Smith, Barbara) (Entered: 06/03/2005) |
| 03/18/2005 | 10 | Judge Rya W. Zobel : CONSENT ORDER entered. (Johnson, Jay) (Entered: 03/22/2005) |
| 03/11/2005 | 9 | SUMMONS Returned Executed Boston Sea Rovers served on 3/9/2005, answer due 3/29/2005. (Johnson, Jay) (Entered: 03/15/2005) |
| 03/11/2005 | 7 | SUMMONS Returned Executed Dave Morton served on 3/9/2005, answer due 3/29/2005. (Johnson, Jay) (Entered: 03/15/2005) |
| 03/11/2005 | 6 | Judge Rya W. Zobel : Order Stipulation/ORDER entered. re 2 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order filed by USA.(Urso, Lisa) (Entered: 03/14/2005) |
| 03/10/2005 | 8 | SUMMONS Returned Executed Steve Scheuer served on 3/10/2005, answer due 3/30/2005. (Johnson, Jay) (Entered: 03/15/2005) |
| 03/04/2005 | 5 | Judge Rya W. Zobel : ORDER entered. ORDER TO SHOW CAUSE Show Cause Hearing set for 3/11/2005 09:30 AM in Courtroom 12 before Judge Rya W. Zobel.(Johnson, Jay) (Entered: 03/08/2005) |
| 03/01/2005 | 4 | DECLARATION of CDR Steven M. Stancliff, USCG by USA. (Johnson, Jay) (Entered: 03/08/2005) |
| 03/01/2005 | 3 | MEMORANDUM in Support re 2 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order filed by USA. (Johnson, Jay) (Entered: 03/08/2005) |
| 03/01/2005 | 2 | MOTION for Preliminary Injunction and MOTION for Temporary |

|  |  |  |
|---|---|---|
|  |  | Restraining Order by USA.(Johnson, Jay) (Entered: 03/08/2005) |
| 03/01/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Johnson, Jay) (Entered: 03/08/2005) |
| 03/01/2005 |  | Summons Issued as to Tom Murray, Dave Morton, Steve Scheuer, Boston Sea Rovers, Eric J. Takakjian, Steve Gatto, Tom Packer. (Johnson, Jay) (Entered: 03/08/2005) |
| 03/01/2005 | 1 | COMPLAINT against Tom Murray, Dave Morton, Steve Scheuer, Boston Sea Rovers, Research Vessel (RV) Quest, Eric J. Takakjian, Steve Gatto, Tom Packer Filing fee: $ 250, receipt number NA, filed by USA. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Civil Cover Sheet and Category Sheet) (Johnson, Jay) (Entered: 03/08/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/07/2005 08:39:58 | | | |
| PACER Login: | dj0009 | Client Code: | N |
| Description: | Docket Report | Search Criteria: | 1:05-cv-10397-RWZ |
| Billable Pages: | 1 | Cost: | 0.08 |